**Order entered February 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-00217-CV

### IN RE: LAKEITH AMIR-SHARIF, Relator

---

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

---

## ORDER

The Court has before it relator's petition for writ of mandamus. On the Court's own motion, we **CONSOLIDATE** this original proceeding, cause no. 05-13-00217-CV, with and under the original proceeding bearing cause no. 05-13-00123-CV, styled *In re LaKeith Amir-Sharif*. The Court **ORDERS** the Clerk of the Court to remove all documents from file number 05-13-00217-CV and to refile them in cause no. 05-13-00123-CV and to treat 05-13-00217-CV as a closed case.

/s/    JIM MOSELEY
        JUSTICE